# Law Offices of David Wolff LLC
## 396 Route 34
## Matawan, NJ 07747

Phone (732) 566-1189
Fax (732) 566-1192

November 16, 2009

VIA ELECTRONIC FILING
Honorable Morris Stern, U.S.B.J.
United States Bankruptcy Court
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

        Re: Jule I. Hazou and Suhad G. Azar
        Bank. Case No.  09-35692/MS

Dear Judge Stern:

This firm represents David Wolff, Chapter 7 Trustee ("Trustee") of the above-referenced debtors. Please accept this letter, in lieu of a more formal pleading, as the Trustee's objection to the relief from stay motion ("Motion") filed by Chase Home Finance, LLC as Servicer for LaSalle Bank National Association, Trustee ("LaSalle Bank").

The Certification signed by Mayra Porras in support of the Motion sets forth, at best, a questionable equity analysis. The Certification sets forth a purported $36,900.00 in allowed claimed homestead exemptions, although the debtors' counsel has advised the Trustee the homestead exemptions shall be waived. In addition, the Certification claims interest due of an astounding $112,733.57, notwithstanding the fact that the principal due is less than $355,000. Further subtraction in the Certification is made for costs of sale (which are estimated at 10% and are almost always less). Based upon these facts, it appears there may be significant equity in the real property.

Honorable Morris Stern, U.S.B.J.      -2-      November 16, 2009

The Court should also take note of the fact that Trustee's counsel communicated with LaSalle Bank's counsel, Melissa Licker, Esq., who agreed that the purported interest seemed extremely high. Ms. Licker promised to provide supporting documentation for the alleged interest due, and respond to the Trustee's proposal to market and sell the real property at issue, but has done neither.

For the foregoing reasons, it is respectfully requested that the Court deny the motion of LaSalle Bank to vacate the automatic stay, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

David Wolff

DW/sw

cc: Melissa Licker, Esq. (via fax and mail)
    Peter J. Koulikourdis, Esq. (via fax and mail)