**FEIN, SUCH, KAHN & SHEPARD PC**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
AD943

| | |
|---|---|
| IN RE:<br><br>JULE I. HAZOU and<br>SUHAD G. AZAR,<br><br>Debtors. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Chapter 7<br><br>Case No. 09-35692 MS<br><br>Hearing Date: December 7, 2009<br><br>Judge: Honorable Morris Stern |

**CONSENT ORDER PROVIDING TRUSTEE 180 DAYS TO SELL PROPERTY**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: 12/01/2009**

*[signature]*
Honorable Morris Stern
United States Bankruptcy Judge

Order Filed on 12/01/2009 by Clerk U.S. Bankruptcy Court District of New Jersey

(Page 2)
Debtor: JULE I. HAZOU and SUHAD G. AZAR
Case No: 09-35692 MS
Caption of Order: **CONSENT ORDER PROVIDING TRUSTEE 180 DAYS TO SELL PROPERTY**

---

Upon the motion of FEIN, SUCH, KAHN & SHEPARD, P.C. attorneys for the Secured Creditors, CHASE HOME FINANCE LLC as servicer for LASALLE BANK NATIONAL ASSOCIATION, TRUSTEE, by way of a Motion for Relief from the Automatic Stay under Bankruptcy Code section 362(d) as to certain real property known as 18 WHITTIER LANE OAKLAND NJ 07436 on December 7, 2009 and in the presence of DAVID WOLFF, Trustee, the parties having consented to the entry of the within Order,

**ORDERED AS FOLLOWS:**

1. Trustee's counsel has 180 days from hearing date to sell property.

2. Motion for relief from the automatic stayto be relisted without prejudice to either party if property has not sold by that date.

3. The movant shall serve this Order on the Debtor(s), any Trustee and other party who entered an appearance on the motion.

4. FURTHER ORDERED that any conversion of said bankruptcy to another chapter shall not impede upon the ability of the Secured Creditor to continue with its State Court action.


Consent to Form and Entry               Consent to Form and Entry
**FEIN, SUCH, KAHN & SHEPARD, P.C.**    **DAVID WOLFF, ESQ.**
Attorney for Secured Creditor           Trustee in Bankruptcy

By: /S/ Melissa N. Licker, Esq.         By: /S/ David Wolff, Esq.
    **MELISSA N. LICKER, ESQ.**             **DAVID WOLFF, ESQ.**

*Approved by Judge Morris Stern December 01, 2009*

**(Page 3)**
Debtor: JULE I. HAZOU and SUHAD G. AZAR
Case No: 09-35692 MS
Caption of Order: **CONSENT ORDER PROVIDING TRUSTEE 180 DAYS TO SELL PROPERTY**

---

### CERTIFICATE OF MAILING

    I hereby certify that on _____, 2009, a copy of the foregoing Order was served on each of the following: Movant, Debtor(s), any Trustee and other party who entered an appearance on the motion.

                                                JAMES J. WALDRON, Clerk

*Approved by Judge Morris Stern December  01, 2009*