| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**FEIN, SUCH, KAHN & SHEPARD PC**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>AD943 |  |
| In Re:<br><br>JULE I. HAZOU and<br>SUHAD G AZAR<br><br>  Debtors. | Case No.: 09-35692 MS<br><br>Adv. No.:<br><br>Hearing Date: November 23, 2009<br><br>Judge: Honorable Morris Stern |

**ORDER VACATING THE AUTOMATIC STAY AS TO REAL PROPERTY**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

4/13/10

**(Page 2)**
Debtors: JULE I. HAZOU and SUHAD G AZAR
Case No: 09-35692 MS
Caption of Order: **ORDER VACATING THE AUTOMATIC STAY AS TO REAL PROPERTY**

---

Upon the motion of FEIN, SUCH, KAHN & SHEPARD, P.C. attorneys for the Secured Creditors, CHASE HOME FINANCE, LLC, AS SERVICER FOR LASALLE BANK NATIONAL ASSOCIATION, TRUSTEE, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED that the automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more action(s) in the Court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the Movant upon the following:

___**X**___ Land and premises commonly known as

18 WHITTIER LANE, OAKLAND, NJ 07436.

_____ Land and premises identified by the lot and block numbers set forth below on the official tax map of the

_____ of_____, County of

_____ and the State of _____.

Block Number(s)                    Lot Numbers (s)

_____                    _____

_____                    _____

**(Page 3)**
Debtors: JULE I. HAZOU and SUHAD G AZAR
Case No: 09-35692 MS
Caption of Order: **ORDER VACATING THE AUTOMATIC STAY AS TO REAL PROPERTY**

_____

    Land and premises located in the _____ of _____, County of _____ and the State of _____ and specifically described on the schedule annexed to this Order.

    FURTHER ORDERED that the Movant may join the Debtors and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

    The Movant shall serve this Order on the Debtors, any trustee and other party who entered an appearance on the motion.